**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DEBORAH J. HALL**                                                                               **PLAINTIFF**

V.                                      NO. 4:08CV00002-BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                         **DEFENDANT**

**JUDGMENT**

Pursuant to the Memorandum Opinion and Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 20th day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE